UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FANYAN MENG, <br><br>                    Plaintiff, <br><br>        v. <br><br> DANIELLE LEHMAN, <br><br>                    Defendant. | Case No. 2:24-cv-01967-RSM <br><br> STIPULATED MOTION TO DISMISS AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own attorneys' fees and costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

1     DATED this 14th day of November, 2025.

2 Respectfully submitted,

3 CHARLES NEIL FLOYD[1]
United States Attorney

4

5 *s/ Michelle R. Lambert*                 *Please see PDF for Signature*
MICHELLE R. LAMBERT, NYS #4666657    FANYAN MENG, *Pro Se Plaintiff*
Assistant United States Attorney              12116 SE 165th St

6 United States Attorney's Office               Renton, WA 98058
Western District of Washington

7 1201 Pacific Avenue, Suite 700               *Pro Se Plaintiff*
Tacoma, Washington 98402

8 Phone: (253) 428-3824
Fax:    (253) 428-3826

9 Email: michelle.lambert@usdoj.gov

10 *Attorneys for Defendant*

11 *I certify that this memorandum contains 79 words, in compliance with the Local Civil Rules.*

12

13

14

15

16

17

18

19

20

21

22

23

24

---

[1] This stipulated motion was initially executed prior to the government shutdown. As a result, the signature page executed by Plaintiff has the former Acting U.S. Attorney. This signature page has been adjusted to reflect the current U.S. Attorney.

STIPULATED MOTION TO DISMISS AND ORDER
[Case No. 2:24-cv-01967-RSM] - 2

**ORDER**

The case is dismissed without prejudice with each party to bear their own attorneys' fees and costs. It is so **ORDERED**.

DATED this 17th day of November, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE